# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   **Lois Bloom**              DATE: **9/10/19**

DOCKET NUMBER:   **19CR408(SJ)**                 LOG #: **4:15 – 4:29**

DEFENDANT'S NAME:   **Avraham Tarshish**
   ✓ Present   ___ Not Present   ✓ Custody   ___ Bail

DEFENSE COUNSEL:   ~~John Wallenstein~~ **Howard Greenberg**
   ___ Federal Defender   ___ CJA   ✓ Retained

A.U.S.A:   **Shannon Jones**              CLERK:   **Felix Chin**

INTERPRETER: _____ (Language) _____

✓ Defendant arraigned on the: ✓ indictment   ___ superseding indictment   ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   ___ Defendant's first appearance.

   ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
   ___ Defendant advised of bond conditions set by the Court and signed the bond.
   ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
   ___ (Additional) surety/ies to co-sign bond by _____
   ___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

✓ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start **9/10/19** Stop **10/2/19**

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

✓ Status conference set for **10/2/19** @ **11:00** before Judge **Johnson**

Other Rulings: _____